# CSM Legal, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

_____

February 28, 2022

**BY ECF**  
Hon. Taryn. A. Merkl  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

        Gonzales et al v. Black Thai Inc., et al.  
        Case No.: 21-cv-00118-ENV-TAM

Dear Judge Merkl:

    Our office represents Plaintiff in the above-referenced action. I write jointly with defense counsel, and in accordance with Your Honor's Order dated January 31, 2022, to provide the Court with a status report.

    The parties have not discussed settlement but will do so in the near future. Additionally, the parties are scheduled for a mediation session on April 14, 2022.

    Thank you for your time and attention to this matter.

        Respectfully submitted,  
        <u>/s/ *Bryan D. Robinson*</u>  
        Bryan D. Robinson, Esq.  
        CSM Legal, P.C.  
        *Attorneys for Plaintiff*