UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ANER GONZALES, *individually and on behalf of others similarly situated*,

        *Plaintiffs*,

-against-

BLACK THAI INC. (D/B/A BLACK THAI), GOLDEN THAI INC. (D/B/A GOLDEN THAI), JOHN VASCONEZ, and JANE DOE,

        *Defendants.*
-------------------------------------------------------X

Case.: 1:21-cv-00118-ENV-TAM

**JUDGMENT**

On _____ Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows: That the Plaintiff, ANER GONZALES, have judgment against Defendants BLACK THAI INC. (D/B/A BLACK THAI), GOLDEN THAI INC. (D/B/A GOLDEN THAI), JOHN VASCONEZ, and JANE DOE (collectively "Defendants"), jointly and severally, in the amount of Forty-two Thousand and Seven Hundred and Fifty Dollars and No Cents ($42,750.00), which is inclusive of interest, attorneys' fees and costs.

Dated: _____, 20__

                                        SO ORDERED,

                                        Hon. Taryn A. Merkl
                                        United States Magistrate Judge