UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
ANER GONZALES, *individually and on*
*behalf of others similarly situated,*

                     *Plaintiffs,*

-against-

BLACK THAI INC. (D/B/A BLACK THAI),
GOLDEN THAI INC. (D/B/A GOLDEN
THAI), JOHN VASCONEZ, and JANE DOE,

                     *Defendants.*

-----------------------------------------------------X

Case.: 1:21-cv-00118-ENV-TAM

**JUDGMENT**

On October 4, 2022 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED and ADJUDGED as follows: That the Plaintiff, ANER GONZALES, have judgment against Defendants BLACK THAI INC. (D/B/A BLACK THAI), GOLDEN THAI INC. (D/B/A GOLDEN THAI), JOHN VASCONEZ, and JANE DOE (collectively "Defendants"), jointly and severally, in the amount of Forty-two Thousand and Seven Hundred and Fifty Dollars and No Cents ($42,750.00), which is inclusive of interest, attorneys' fees and costs.

Dated: Brooklyn, New York
      October 6, 2022

                                    BRENNA B. MAHONEY
                                    CLERK OF COURT

                     BY:  *Jalitza Poveda*
                               Deputy Clerk